ORDER

PER CURIAM:

Direct appeal from conviction of robbery in the first degree and sentence of twenty-five years.

Judgment and conviction affirmed. Rule 84.16(b).

**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Kenneth H. SMITH,
Defendant-Appellant.**

**No. WD 32727.**

Missouri Court of Appeals,
Western District.

Feb. 23, 1982.

Application to Transfer Denied
June 14, 1982.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for defendant-appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before SHANGLER, P. J., and PRITCHARD and DIXON, JJ.

ORDER

PER CURIAM:

Direct appeal from conviction of robbery in the first degree and sentence of twenty-three years to be served consecutively to the sentence imposed in WD32726. Mo. App., 629 S.W.2d 674.

Judgment and conviction affirmed. Rule 84.16(b).

**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Kenneth H. SMITH,
Defendant-Appellant.**

**No. WD 32728.**

Missouri Court of Appeals,
Western District.

Feb. 23, 1982.

Application to Transfer Denied
June 14, 1982.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for defendant-appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before SHANGLER, P. J., and PRITCHARD and DIXON, JJ.

ORDER

PER CURIAM:

Direct appeal from conviction of robbery in the first degree and sentence of thirty years to be served consecutively to the sentences imposed in WD32726 Mo.App., 629 S.W.2d 674 and WD32727 Mo.App., 629 S.W.2d 675.

Judgment and conviction affirmed. Rule 84.16(b).